ACCEPTED
04-15-00136-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/20/2015 6:57:39 PM
KEITH HOTTLE
CLERK

CASE NO. 04-15-00136-CV

IN THE COURT OF APPEALS FOR THE
FOURTH JUDICIAL DISTRICT OF TEXAS
AT SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
4/20/2015 6:57:39 PM
KEITH E. HOTTLE
Clerk

GERALD HARRINGTON, M.D.,

Appellant

vs.

SANDRA SCHROEDER AND DUANE J. RAMOS, INDIVIDUALLY AND
AS ALL HEIRS OF THE ESTATE OF SYLVIA RAMOS, DECEASED,

Appellees

APPEAL FROM CAUSE NUMBER 2014-CI-06284
288TH JUDICIAL DISTRICT COURT, BEXAR COUNTY, TEXAS
JUDGE JOHN D. GABRIEL

**APPELLANT GERALD HARRINGTON, M.D.'S
OPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

TO THE HONORABLE FOURTH COURT OF APPEALS:

COMES NOW GERALD HARRINGTON, M.D., Appellant in the above-entitled and numbered cause, and files this his Opposed Motion for Extension of Time to File Brief, and for such motion would respectfully show unto this Court the following:

# I.

## BRIEF BACKGROUND

On or about March 10, 2015, Appellant Gerald Harrington, M.D. filed his Notice of Appeal. The Reporter's Record, consisting of three (3) volumes, was filed on March 23, 2015. The Clerk's Record, consisting of one (1) Volume was filed on March 27, 2015.

On or about March 31, 2015, Appellant's counsel received the Appellate Record. Appellant's Brief was due on or before April 16, 2016.

On or about April 20th, 2015, Appellant filed his Opposed Motion for Extension of Time to File Brief. Appellant is requesting a five (5) day extension of time.

# II.

## REQUEST FOR EXTENSION

This is Appellant's first request for an extension of time. Appellant requests an extension of time to file his brief for the reason that, in addition to a busy litigation and appellate practice, Appellant's counsel is working on a reply to an Appellee's Brief as well as two Appellant's Briefs in two unrelated appeals, in addition to handling numerous depositions, hearings and preparing for a two (2) week medical negligence trial which will commence on

April 27, 2015.

While counsel attempted to complete the brief by the current deadline, because of his busy trial and appellate schedule, counsel requires another five (5) days in order to finish Appellant's Brief.

Therefore, Appellant is seeking an additional five (5) days in which to file Appellant's Brief, making Appellant's Brief due on or before April 21, 2015.

## III.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant GERALD HARRINGTON prays that this Court grant his Opposed Motion for Extension of Time to File Brief and that this Court grant Appellant such other and further relief to which he may be justly entitled.

Respectfully submitted,

HOLE & ALVAREZ, L.L.P.
P. O. Box 720547
McAllen, Texas 78504-0547
Telephone:      (956) 631-2891
Telecopier:      (956) 631-2415
E-Mail:      Mail@HoleAlvarez.com

By:   /s/ Ronald G. Hole
       Ronald G. Hole
       State Bar  No. 09834200
       ATTORNEYS FOR APPELLANT

## CERTIFICATE OF CONFERENCE

On or about April 17, 2015, the undersigned's office contacted Byron Miller, Counsel for Appellees. Mr. Miller has indicated that he is opposed to Appellant's motion for extension of time to file brief.

/s/ Ronald G. Hole
Ronald G. Hole

## CERTIFICATE OF COMPLIANCE

In compliance with Tex.R.App.P. 9.4(i)(3), I, Ronald G. Hole, hereby certify that this Appellant Gerald Harrington, M.D.'s Opposed Motion for Extension of Time to File Brief, excluding the sections to be excluded, contains 737 words. I have relied on the word count of the computer program used to prepare this document, WordPerfect X3®

/s/ Ronald G. Hole
Ronald G. Hole

## <u>CERTIFICATE OF SERVICE</u>

I, Ronald G. Hole, hereby certify that a true and correct copy of the above Appellant Gerald Harrington, M.D.'s Opposed Motion for Extension of Time to File Brief has, on this the **20th** day of **April 2015**, been served via **electronic transfer through an online filing service,** to the following counsel of record:

*Attorneys for Plaintiffs/Appellees*
Mr. Byron B. Miller
Mr. Michael D. Maloney
Ms. Erica O. Maloney
Law Offices of Pat Maloney, PC
322 W. Woodlawn Ave.,
San Antonio, Texas 78212
**E-MAIL: Byron@maloneylawgroup.com**
**E-MAIL: Michaelm@maloneylawgroup.com**
**E-MAIL: Ericam@maloneylawgroup.com**

*Attorney for Defendants*
*PM Management – Windcrest NC, LLC*
*d/b/a Trisun Care Center Windcrest*
Ms. Emily J. Davenport
Reed, Claymon, Meeker
  & Hargett, P.C.
5608 Parkcrest Drive, Suite 200
Austin, Texas 78731
**E-Mail: edavenport@rcmhlaw.com**

*Attorneys for Defendant*
*Setters Medical Group, P.A.*
Mr. W. Richard Wagner
Wagner & Cario, LLP
7705 Broadway
San Antonio, Texas 78209
**E-Mail: rwagner@wagnercario.com**

*Attorneys for Defendants*
*Rodolfo Zarate, M.D. and*
<u>*Zarate Medical Group, P.A.*</u>
Ms. Lisa A. Rocheleau
Boone, Rocheleau & Rodriguez, P.L.L.C.
10101 Reunion Place, Suite 600
San Antonio, Texas 78209
**E-Mail: <u>lrocheleau@br-lawfirm.com</u>**

/s/ Ronald G. Hole
Ronald G. Hole

BCC:RAM-HAR\APP